Rec.# 149839

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

In Re:

Jason D. Jackson,

Debtor(s).

Case No. 09-11818

Judge Morgenstern-Clarren

Chapter 7 Case

2010 FEB 19 PM 2: 09
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND
FILED

## TRANSMITTAL OF UNCLAIMED FUNDS

The attached check no. 109 in the amount of $270.10 represents unclaimed funds in this estate and are paid to the Court pursuant to 11 U.S.C. §347(a). The name(s) and address(s) of the party entitled to these unclaimed funds is as follows:

| CREDITORS NAMES/ADDRESSES | CLAIM NO. | AMOUNT OF CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| PRA Receivables Management, LLC As Agent Of Portfolio Recovery Assocs. POB 12914 Norfolk VA 23541 | 5 | $3,117.95 | $270.10 |

Dated: February 18, 2010

Lauren A. Helbling (0038934), Trustee
Lauren A. Helbling Co. LPA
1370 Ontario St., #450
Cleveland, OH 44113
Tel 216/781-1164 Fax 216/575-1405
lhelbling@epitrustee.com